**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Antonio MURPHY, Petitioner**

No. 224 WAL 2017

Supreme Court of Pennsylvania.

October 18, 2017

### ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Joel Donald CARL, Petitioner**

No. 424 MAL 2017

Supreme Court of Pennsylvania.

October 18, 2017

### ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**John C. GONDEK, Petitioner**

v.

**PENNSYLVANIA MUNICIPAL RETIREMENT BOARD,**
**Respondent**

No. 348 MAL 2017

Supreme Court of Pennsylvania.

October 18, 2017

### ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.